MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
fpetersen@mcrazlaw.com

By: Michael McGrath, # 6019
Frederick J. Petersen, #19944
76155-1/tld

Proposed Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PRM FAMILY HOLDING COMPANY, L.L.C.,<br><br>       Debtor. | Chapter 11 Proceedings<br><br>No. 2:13-bk-09026-SSC |
| In re:<br><br>PRODIGIO MERCADO, L.L.C.,<br><br>       Debtor. | No. 2:13-bk-09028-DPC |
| In re:<br><br>PRO'S ABQ RANCH MARKETS, L.L.C.,<br><br>       Debtor. | No. 2:13-bk-09030-GBN |
| In re:<br><br>PRO'S ELP RANCH MARKETS, L.L.C.,<br><br>       Debtor. | No. 2:13-bk-09033-RJH |

| | |
|---|---|
| In re:<br><br>PRO'S ELP RANCH MARKETS BEVERAGE COMPANY, L.L.C.,<br><br>Debtor. | No. 2:13-bk-09034-RJH |
| In re:<br><br>PRO & SON'S, L.L.C.,<br><br>Debtor. | No. 2:13-bk-09036-RJH |
| In re:<br><br>PRO'S RANCH MARKETS (CA), L.L.C.,<br><br>Debtor. | No. 2:13-bk-09037-GBN |
| In re:<br><br>PROVENZANO'S, L.L.C.,<br><br>Debtor. | No. 2:13-bk-09039-SSC |

**EXPEDITED MOTION FOR JOINT ADMINISTRATION OF ESTATES AND MOTION TO TRANSFER ASSIGNMENT OF CASES TO ONE JUDGE**

Debtors in possession, PRM FAMILY HOLDING COMPANY, LLC, a Delaware limited liability company, PRO AND SON'S, LLC, a California limited liability company, PRO'S RANCH MARKETS (CA), LLC, a California limited liability company, PRODIGIO MERCADO, LLC, an Arizona limited liability company, PRO'S ELP RANCH MARKETS, LLC, a Texas limited liability company, PRO'S ABQ RANCH MARKETS, LLC, a New Mexico limited liability company, PRO'S ELP RANCH MARKETS BEVERAGE COMPANY, LLC, a Texas limited liability company, and PROVENZANO'S LLC, an Arizona limited liability company (collectively referred to as "Pro's Ranch Markets" or the "Debtors") respectfully request that the Court enter an order, pursuant to Rule 1015-1, *Local Rules of Bankruptcy Procedure*, permitting the joint administration of these

bankruptcy cases and for the transfer of these cases to one judge. This Motion is supported by the Omnibus Declaration of Michael Provenzano, III, and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**FACTUAL BACKGROUND**

1. The Debtors own and operate a retail grocery business with 11 grocery stores that cater to Hispanic customers. The Debtors operate seven stores in Phoenix Arizona, two stores in El Paso Texas, and two stores in New Mexico (Albuquerque and Las Cruces), as well as an 80,000 square foot corporate office, warehouse and distribution facility in California and a 151,000 square foot warehouse and distribution facility in Phoenix.

2. Pro's Ranch Markets feature produce, baked goods, in-house tortillerias, hot foods, meats, and general grocery items with a Hispanic flair and theme. The stores are known for their high quality amenities and customer service.

3. PRM Family Holding Company, L.L.C., is a Delaware limited liability company. It is the sole member of the other limited liability company Debtors.

4. Prodigio Mercado, L.L.C. is an Arizona limited liability company that operates three grocery stores numbered 1, 5 and 6 located in Phoenix, Arizona.

5. Provenzano's L.L.C. is an Arizona limited liability company that operates four grocery stores numbered 2, 3, 4 and 7 located in Phoenix, Arizona.

6. Pro's ABQ Ranch Markets, L.L.C. is a New Mexico limited liability company that operates two grocery stores located in New Mexico, one in Albuquerque and one in Las Cruces.

7. Pro's ELP Ranch Markets, L.L.C. is a Texas limited liability company that operates two grocery stores located in El Paso, Texas.

8. Pro's ELP Ranch Markets Beverage Company, L.L.C. is a Texas limited liability company that holds the liquor license for Pro's ELP Ranch Markets, L.L.C.

9. Pro & Son's, L.L.C. is a California limited liability company that holds title to intellectual property owned by the Debtors.

10. Pro's Ranch Markets (CA), L.L.C. is a California limited liability company that acts as the paymaster, manager, internal wholesaler, oversees trucking and distribution, pays all AP's, and provides employees to all of the Debtors' stores.

11. The Debtors-in-possession believe it is in the best interest of all parties and judicial economy and resources that the bankruptcy cases of the related Debtors be overseen by the same judicial officer, Bankruptcy Judge.

12. The Debtors-in-possession share common ownership, corporate/LLC officers, and operations, and the issues to be resolved in these cases are substantially related.

13. The cost to Debtors-in-possession, if these cases are not jointly administered, could be substantially increased because the creditors will receive duplicate notices and mailings, and the Debtors-in-possession will be required to file duplicative pleadings in each of the bankruptcy cases.

14. The Debtors-in-possession have provided notice of this Motion to the Office of the United States Trustee and other interested parties as indicated below. The Debtors-in-possession propose to give notice of entry of an order approving this Motion.

**WHEREFORE**, the Debtors-in-possession respectfully request this Court order the joint administration of PRM Family Holding Company, L.L.C.; Pro & Sons, L.L.C.; Pro's Ranch Markets (CA), L.L.C.; Prodigio Mercado, L.L.C.; Pro's ELP Ranch Markets, L.L.C.; Pro's ELP Ranch Markets Beverage Company, L.L.C.; Pro's ABZ Ranch Market, L.L.C.; and Provenzano's, L.L.C. under the case of: ***PRM Family Holding Company, L.L.C,.*** Case No. 2:13-bk-09026-SSC, and the transfer of these cases to Judge Sarah Sharer Curley. Further, the Debtors-in-possession request the Court enter an order approving this Motion. If

| | |
|---|---|
| 1 | no objection is filed within fourteen (14) days of the date of the notice, the Court's order |
| 2 | granting joint administration will become final. If an objection is filed, the Debtors-in- |
| 3 | possession will promptly request a hearing on such objection. |
| 4 | DATED: May 28, 2013.    MESCH, CLARK & ROTHSCHILD, P.C. |
| 6 | By    /s/Frederick J. Petersen, #19944 |
| 7 | Michael McGrath<br>Frederick J. Petersen |
| 8 | Proposed Attorneys for Debtors |
| 11 | 366359 |